Robert S. Reder (024117)
BLYTHE GRACE PLLC
3260 North Hayden Road, Suite 103
Scottsdale, Arizona 85251
Telephone: (480) 663-8838
Facsimile: (480) 429-3679
Email: robert@blythegrace.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robert McCoy, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Petwin Hayden, LLC, an Arizona limited liability company,<br><br>Defendant. | No. 2:16-cv-02795-JAT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Robert McCoy and Defendant Petwin Hayden, LLC stipulate and agree to dismiss the above-captioned action with prejudice, each of the parties to bear their own costs and attorneys' fees.

DATED this 10th day of February, 2017.

BLYTHE GRACE PLLC


*s/Robert S. Reder*
Robert S. Reder
3260 North Hayden Road, Suite 103
Scottsdale, Arizona 85251
Attorneys for Plaintiff

LAW OFFICE OF KELLI K. WILLIAMS

*s/Kelli K. Williams*
4150 North Drinkwater Boulevard, Ste. 410
Scottsdale, Arizona 85251
Attorney for Defendant

## Certificate of Service

I certify that on this 10th day of February 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*s/Debbie Messing*