# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert McCoy, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>Petwin Hayden, LLC, an Arizona limited liability company,<br><br>            Defendant. | No. 16-02795-PHX-JAT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation (Doc. 31) of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing the above-captioned action with prejudice, each of the parties to bear their own costs and attorneys' fees.

Dated this 10th day of February, 2017.

_____
James A. Teilborg
Senior United States District Judge